IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. BALBO, | No. C 12-5092 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the order dismissing this case, a judgment of dismissal is hereby entered in favor of respondent. Petitioner shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: October  25 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\BALBO5092.JUD.wpd.