IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN M. BALBO,

    Petitioner,

vs.

GROUNDS, Warden,

    Respondent.

No. C 12-5092 WHA (PR)

**ORDER AMENDING ORDER OF DISMISSAL**

The order of dismissal dated October 25, 2012, incorrectly stated that petitioner is incarcerated in Arizona. The order is **AMENDED** to state that petitioner is incarcerated in California.

**IT IS SO ORDERED.**

Dated: October  30 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.12\BALBO5092.AMEND.wpd.