IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. BALBO, | No. C 12-5092 WHA (PR) |
| Petitioner, | **ORDER AMENDING ORDER OF DISMISSAL** |
| vs. | |
| GROUNDS, Warden, | |
| Respondent. | |

The order of dismissal dated October 25, 2012, incorrectly stated that petitioner is incarcerated in Arizona. The order is **AMENDED** to state that petitioner is incarcerated in California.

**IT IS SO ORDERED.**

Dated: October  30 , 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.12\BALBO5092.AMEND.wpd.